# United States Court of Appeals
## For the First Circuit

No. 22-9001

IN RE: MARY E. BUSCONE, d/b/a FroYo To Go,

Debtor,

ANN TRACY BOTELHO,

Appellee,

v.

MARY E. BUSCONE,

Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 22, 2023, is amended as follows:

On page 9, line 4, replace "flaunting" with "flouting"